SCPW-14-0001147

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

FATHER WALTER JOHNSON, Petitioner,

vs.

THE HONORABLE EDWIN C. NACINO, JUDGE OF THE CIRCUIT COURT OF THE
FIRST CIRCUIT, STATE OF HAWAIʻI, Respondent Judge,

and

JOHN ROE 2; SOCIETY OF THE PRIESTS OF SAINT SULPICE
A/K/A THE ASSOCIATED SULPICIANS OF THE UNITED STATES, INC.;
CATHOLIC FOREIGN MISSION SOCIETY OF AMERICA, INC.,
AKA MARYKNOLL FATHERS AND BROTHERS; and ROMAN CATHOLIC CHURCH
IN THE STATE OF HAWAII, Respondents.

ORIGINAL PROCEEDING
(CIV. NO. 12-1-1637-06)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
OR OTHER APPROPRIATE RELIEF
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner Father Walter

Johnson's petition for a writ of mandamus or other appropriate

relief, filed on October 1, 2014, the documents attached thereto

and submitted in support thereof, and the record, it appears

that, under the specific facts and circumstances of this matter

and the terms of the protective order, Petitioner fails to

demonstrate that disclosure of the requested documents pursuant to the protective order issued by the Discovery Master violates article I, section 6 of the Hawaiʻi Constitution. Petitioner, therefore, is not entitled to a writ of mandamus. See Kema v. Gaddis, 91 Hawaiʻi 200, 204-05, 982 P.2d 334, 338-39 (1999) (a writ of mandamus is meant to restrain a judge of an inferior court who has exceeded his or her jurisdiction, has committed a flagrant and manifest abuse of discretion, or has refused to act on a subject properly before the court under circumstances in which he or she has a legal duty to act). Accordingly,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, March 18, 2015.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2